**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James E. DOWNING, a/k/a Marcus Moultrie, a/k/a Rahmel Lyles, a/k/a Ramez Lyles, Defendant—Appellant.**

No. 09–7494.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2009.

Decided: Dec. 30, 2009.

James E. Downing, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Downing appeals the district court's order denying relief on his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Downing,* No. 4:05–cr–00052–H–2 (E.D.N.C. Aug. 4, 2009). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*